## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DOUGLAS GURLEA, THOMAS BRUNT IV, and SHANE BRUNT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE H.T. DUDLEY and DUDLEY NEWMAN FEUERZEIG LLP, )<br>)<br>Defendants. ) | Case No. 3:22-cv-0024 |

**ATTORNEYS:**

**MICHAEL L. SHEESLEY, ESQ.,**
MLSPC
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR PLAINTIFFS DOUGLAS GURLEA, THOMAS BRUNT IV, AND SHANE BRUNT*

**OMID ZAREH, ESQ.,**
**TRACEY KEIJ-DENTON, ESQ.,**
WEINBERG ZAREH MALKIN PRICE, LLP
NEW YORK, NEW YORK
    *FOR PLAINTIFFS DOUGLAS GURLEA, THOMAS BRUNT IV, AND SHANE BRUNT*

**J. DARYL DODSON, ESQ.,**
MOORE, DODSON AND RUSSEL
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR DEFENDANTS GEORGE H.T. DUDLEY AND DUDLEY NEWMAN FEUERZEIG LLP*

**JOHN P. MORGENSTERN, ESQ.,**
**GAVIN FUNG, ESQ.,**
O'HAGAN MEYER
PHILADELPHIA, PENNSYLVANIA
    *FOR DEFENDANTS GEORGE H.T. DUDLEY AND DUDLEY NEWMAN FEUERZEIG LLP*

## ORDER

**THIS MATTER** is before the Court, *sua sponte*, on the Amended Complaint of Plaintiffs Douglas Gurlea, Thomas Brunt IV, and Shane Brunt ("the plaintiffs"). (ECF No. 25.) For the reasons stated in the accompanying Memorandum of even date, it is hereby

**ORDERED** that this Court lacks subject-matter jurisdiction in this matter; it is further

*Gurlea et al. v. Dudley, et al.*
Case No. 3:22-cv-0024
Order
Page 2 of 2

**ORDERED** that the Plaintiffs' Amended Complaint, ECF No. 25, is **DISMISSED without prejudice**; it is further

**ORDERED** that all pending motions in this case are now **MOOT**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Dated:** March 30, 2023                    /s/ *Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**